UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62527-CIV-SINGHAL/VALLE

CARL SHELL, SR.,

    Plaintiff,

vs.

KILOLO KIJAKAZI,[1] Acting
Commissioner of Social Security
Administration

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court on the parties' cross-motions for summary judgment (DE [20] [21]), which were referred to Magistrate Judge Alicia O. Valle for Report and Recommendation (DE [4]). Judge Valle issued a Report and Recommendation on September 5, 2022 (DE [25]). The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [25]) is **AFFIRMED** and **ADOPTED.**

2. Plaintiff's Motion for Summary Judgment (DE [20]) is **DENIED**.

3. The Defendant's Motion for Summary Judgment (DE [21]) is **GRANTED**.

---

[1] Kilolo Kijakazi has been appointed Acting Commissioner of the Social Security Administration. Consequently, pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted for Andrew Saul as Defendant in this case.

4. The Administrative Law Judge's Decision is **AFFIRMED**.

5. The Clerk of Court is directed to **CLOSE** this case. Any other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of September 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF